AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ENTERED
LOGGED RECEIVED

MAR 09 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  18 - 4 8 5  - ADC
Two Facebook Accounts, More Fully Described on )
Attachment A, Stored at Facebook, Inc. )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A1 which is attached and incorporated herein by reference.

located in the   Northern   District of   California  , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B1 which is attached and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371; 2113(b); | Conspiracy, Bank Larceny; Interstate Transportation of Stolen Vehicles; and |
| 2312; and 2314 | Interstate Transportation of Stolen Goods |

The application is based on these facts:

See Affidavit of Special Agent John Van Wie, which is attached and incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

John Van Wie, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 21 February 2018

_____
*Judge's signature*

City and state: Baltimore, Maryland           A. David Copperthite, United States Magistrate Judge
*Printed name and title*